UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-14127-CIV-MIDDLEBROOKS
(99-CR-14021-MIDDLEBROOKS)

WARREN LAVELL JACKSON,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court upon Petitioner Warren Lavell Jackson's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 ("Motion") (DE 1) filed on April 19, 2012. (DE 1). The matter was referred to the Honorable United States Magistrate Judge Patrick A. White. Judge White issued a Report & Recommendation dated April 23, 2012 in which he recommended that this motion to vacate be denied because this is a successive motion to vacate and Petitioner has not applied to the United States Eleventh Circuit Court of Appeal for the authorization required to file this motion pursuant to 28 U.S.C. § 2244(b)(3)(A). (DE 6 at 3). Plaintiff did not file any objections to Judge White's Report. The Court has conducted a *de novo* review of the file, and is otherwise fully advised in the premises. Accordingly, it is hereby

ORDERED AND ADJUDGED that United States Magistrate Judge White's Report & Recommendation (DE 6) dated April 23, 2012 is hereby RATIFIED, ADOPTED and APPROVED in its entirety. It is further

ORDERED AND ADJUDGED that Petitioner's Motion to Vacate Sentence pursuant to 28 U.S.C. §2255 (DE 1) is DENIED. All pending motions are DENIED AS MOOT. The Clerk of Court shall CLOSE this case. If Petitioner intends to pursue this case, he should forthwith apply to the United States Eleventh Circuit Court of Appeals for the authorization required by 28 U.S.C. § 2244(b)(3)(A).

DONE AND ORDERED in Chambers at West Palm Beach, Florida, this 22 day of May, 2012.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to:   Magistrate Judge White;
All counsel of record;
Warren Lavell Jackson
54176-004
Federal Correctional Complex - USP
PO Box 1033
Coleman, FL 33521