UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 99-14021-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

WARREN LAVELL JACKSON,

    Defendant.
_____/

### ORDER ON DEFENDANT'S MOTION TO REDUCE SENTENCE

**THIS CAUSE** comes before the Court pursuant to Defendant's Motion to Impose Reduced Sentence Pursuant to the First Step Act of 2018 (D.E.167). After consideration of the government and probation's responses, the defendant's reply and notice of supplemental authorities and response to probation office memorandum, had Section 2 of the Fair Sentencing Act been in effect at the time of the defendant's sentencing, it would have had no impact on the defendant's sentence. Because the offense involved 278 grams of cocaine base, Section 841(b)(1)(A) would still have applied, resulting in the same statutory range of imprisonment of 10 years to life. With the § 851 enhancement his statutory range would still be life because the underlying predicate convictions are not subject to challenge in a § 3582 proceeding. As a result, his guideline range would have been unchanged. Mr. Jackson received a commutation down to 300 months; no further reduction is warranted. Therefore, it is

**ORDERED and ADJUDGED** that Defendant's Motion to Impose Reduced Sentence Pursuant to the First Step Act of 2018 (**D.E.167**) is hereby **DENIED**.

**DONE AND ORDERED** at West Palm Beach, Florida this __7__ day of May, 2019.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record